Court of Criminal Appeals
P.O Box 12308
Capitol Station
Austin, Texas 78711

Re: Speedy Trial / Trial Date set / Writ of
Habeus Corpus Release because of Delay.
Trial Court Case No. 2014 CR 2945
COCCA No. 04-14-00520 CR / PD 1641-14
Style: State of Texas V. Steven M. Craig.

Abel Acosta:

Pursuant to Section 17.151 of the Texas Code of Criminal Procedure, Petioner should be Released from Incarceration, Section 17.151 States in Part "a defendant who is detained in Jail pending trial of an accusation against him must be Released either on Personal Bond or by Reducing the amount of Bail Required, If the State is Not Ready for Trial for the Criminal action for which he is being detained." Defendant has been Incarcerated pertaining to above Trial Court Case No. 2014 cr 2945 for more than 1 year and has at all times been prepared for Trial, and the delay has been No fault of the defendant.

Further Pursuant to the VI Amendment to the Constitution of the United States, In all Criminal prosecutions, the accused shall Enjoy the Right to a Speedy Trial and Public Trial, by an "Impartial" Jury of the State and district where in the Crime shall have been Committed.

Wherefore, Premises Considered, Defendant Prays that the Court Grants any and all Releif In Connection therewith that Is proper and Just.

Respectfully submitted

Steven Mitchell Gary
No. 900807
200 N. Comal BG-35
San Antonio, Texas
78207

Certificate of Service

I hereby Certifey that a Copy of the above and foregoing document was delivered to the Criminal Courts of Appeals at P.O. Box 12308 Capitol Station Austin, Texas 78711 on Tuesday the 30th of December 2014 Via United States Postal Services.

By: Steven M. Gary.

C.C. Sent to:

Judge Mary Roman
175th Judicial District
Bexar County, Texas

District Attorney's Office
Cadena Reeves Jus. Cntr.
300 Dolorosa
San Antonio, Tx
78205